IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Martinez,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph Arpaio, et al.,<br><br>　　　　Defendants. | No. CV 05-2054 PHX NVW (BPV)<br><br>**ORDER** |

　　　　Before the court is Plaintiff's *pro se* Civil Rights Complaint by a Prisoner pursuant to 42 U.S.C. § 1983 (doc. #1). On January 27, 2006, United States Magistrate Judge Bernardo P. Velasco issued a Report and Recommendation ("R & R") (doc. #5) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommended that the complaint be dismissed. No objections to the R & R were filed.

　　　　The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and dismiss the complaint. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

　　　　IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Velasco (doc. #5).

　　　　IT IS FURTHER ORDERED that Plaintiff's *pro se* Civil Rights Complaint by a Prisoner pursuant to 42 U.S.C. § 1983 (doc. #1) is dismissed without prejudice.

1  IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
2  accordingly and terminate this action.
3  DATED this 22nd day of February 2006.

```
                    _____
                           Neil V. Wake
                    United States District Judge
```